No. 385. NORTH CAROLINA NATIONAL BANK *v.* UNITED STATES CASUALTY Co. C. A. 4th Cir. Certiorari denied. *Whiteford S. Blakeney* for petitioner. *John H. Anderson* for respondent.

No. 390. CHENOWETH ET AL. *v.* PAN AMERICAN PETROLEUM CORP. ET AL. Supreme Court of Oklahoma. Certiorari denied. *Herbert A. Hoffman* for petitioners.

No. 394. O'BRIEN ET AL. *v.* LANG, PERSONNEL DIRECTOR, DEPARTMENT OF PERSONNEL OF THE CITY OF NEW YORK, ET AL. Court of Appeals of New York. Certiorari denied. *William Goffen* for petitioners. *Leo A. Larkin, Seymour B. Quel* and *John A. Murray* for respondents.

No. 396. KETCHUM *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Boris Kostelanetz* and *Jon H. Hammer* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 398. LAKESIDE TRUCK RENTAL, INC., *v.* BOWERS, TAX COMMISSIONER OF OHIO. Supreme Court of Ohio. Certiorari denied. *Bernard S. Goldfarb* for petitioner. *William B. Saxbe,* Attorney General of Ohio, and *Edgar L. Lindley,* Assistant Attorney General, for respondent.

No. 404. PAN AMERICAN FIRE & CASUALTY Co. *v.* PENDLETON. C. A. 10th Cir. Certiorari denied. *Duke Duvall* for petitioner. *James T. Paulantis* for respondent.